# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | MATTHEW P. STARK |
| **Case Number:** | 10-03469-LA13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MAY 25, 2010 02:00 PM    DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matter:

INDYMAC VENTURE, LLC'S MOTION FOR RELIEF FROM (RS #SML-1)

### Appearances:

JENNY JUDITH HA, ATTORNEY FOR TRUSTEE
LINDA S. KLINGER, ATTORNEY FOR MATTHEW P. STARK
RAYMOND LEE, ATTORNEY FOR INDYMAC VENTURE, LLC
DEBTOR PRESENT

### Disposition:

Evidentiary Hearing set for 7/22/10 at 2:00 pm, Dept. #4.  Trustee's appearance excused.